IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF ARKANSAS *ex rel.* DUSTIN McDANIEL, Attorney General, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:10cv00378 SWW |
| U.S. FIDELIS, Inc., f/k/a NATIONAL AUTO WARRANTY SERVICES, INC.; DARAIN E. ATKINSON; and CORY C. ATKINSON, | * * * * * | |
| Defendants. | * | |

ORDER

On November 8, 2010, consent judgments and permanent injunctions were entered between plaintiff, State of Arkansas *ex rel.* Dustin McDaniel, Attorney General, and separate defendants Darain E. Atkinson and Cory C. Atkinson [doc.#'s 3, 4]. The status of separate defendant U.S. Fidelis, Inc., f/k/a National Auto Warranty Services, Inc., is unclear. The Court directs the plaintiff to file a pleading within twenty (20) days of the date of entry of this Order notifying the Court of the status of this action as it pertains to separate defendant U.S. Fidelis, Inc., f/k/a National Auto Warranty Services, Inc, including whether a Scheduling Order should be entered.

IT IS SO ORDERED this 14th day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE