IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

STATE OF ARKANSAS, *ex rel.*
DUSTIN McDANIEL, ATTORNEY GENERAL                                    PLAINTIFF

v.                          Case No. 4:10-cv-00378-KGB

US FIDELIS, INC. f/k/a
NATIONAL AUTO WARRANTY SERVICES,
DARAIN E. ATKINSON, and
CORY C. ATKINSON                                                     DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entering the Consent Judgment and Permanent Injunction Between Plaintiff and Defendant, entered on this date, it is considered, ordered, and adjudged that this case is dismissed.

SO ADJUDGED this 1 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE